**GOMEZ LAW GROUP**
Alvin M. Gomez, Esq. (SBN: 137818)
853 Camino Del Mar, Suite 100
Del Mar, California 92014
Telephone: (858) 552-0000
Facsimile: (858) 755-3364
Email: agomez@thegomezlawgroup.com

Attorneys for Plaintiffs
JOSHUA ROBERSON and PAUL HENDRICKSON

**HILL, FARRER & BURRILL LLP**
James A. Bowles (Bar No. 089383)
   E-mail: jbowles@hillfarrer.com
Casey L. Morris (Bar No. 238455)
   E-mail: cmorris@hillfarrer.com
Elissa L. Gysi (Bar No. 281338)
   E-mail: egysi@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Defendants
TWC Administration LLC and Time Warner Cable Services LLC

FILED
CLERK, U.S. DISTRICT COURT
September 9, 2015.
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ROBERSON and PAUL HENDRICKSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>TWC ADMINISTRATION LLC, a Delaware Corporation; TIME WARNER CABLE SERVICES LLC, a Delaware Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-07048-SJO-MAN<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

[PROPOSED] ORDER

Based on the Stipulation of Dismissal by and between the parties to this action pursuant to FRCP 41(a)(1) filed on September 9, 2015, and good cause appearing therefore, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice. Each party to bear his/its own costs and attorneys' fees associated with this matter.

DATED: September 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

HFB 1570582.1 A5431051